NO. 07-00-0149-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 2, 2002

______________________________

DONNIE YVETTE ANDERSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 179
TH
 DISTRICT COURT OF HARRIS COUNTY;

NO. 793120; HONORABLE M. WILKINSON, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

CONCURRING OPINION

I concur in the result.  

Phil Johnson

    Justice

Do not publish.